UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FLOORCOVERINGS INTERNATIONAL, LTD., <br><br>   *Plaintiff*, <br><br> v. <br><br>CHRISTOPHER NEEDHAM, <br><br>   *Defendants*. | Civil Action No. 22-4901 <br><br>**ORDER** |

**John Michael Vazquez, U.S.D.J.**

  For the reasons set forth in the accompanying Opinion, and for good cause shown,

  IT IS on this 14th day of November, 2022,

  **ORDERED** that Plaintiff's motion for default judgment (D.E. 8) is **GRANTED in part** and **DENIED in part**; and it is further

  **ORDERED** that default judgment shall be entered in favor of Plaintiff and against Defendant in the amount of $18,088.96 in actual damages and $6,841.84 in attorneys' fees and costs; and it is further

  **ORDERED** that Plaintiff may provide documentation to support its request for prejudgment interest by November 23, 2022. If Plaintiff does not provide any additional documentation by this date, Plaintiff's request for prejudgment interest will be denied with prejudice and this matter will be closed.

                   _____
                   John Michael Vazquez, U.S.D.J.